IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cr-30175-DRH |
| | ) | |
| JEFFREY A. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the government's motion to continue the sentencing hearing (Doc. 20) currently set for June 3, 2011. Defense counsel has no objection to a continuance. For the reasons stated in the motion, the Court GRANTS the motion. The Court CONTINUES the sentencing hearing to Friday, July 1, 2011, at 1:30 p.m. The Court reminds defendant Anderson that he must continue to abide by the conditions of his bond and follow all of his Probation Officer's recommendations.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2011.

David R. Herndon
2011.06.02 05:10:57
-05'00'

**Chief Judge**
**United States District Court**