UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

   **Plaintiff,**

 v.

**Jeffrey A. Anderson,**

   **Defendant,**      Case No. 10-cr-30175-DRH

===================================

**D&S Construction,**

   **Garnishee.**

### ORDER

**HERNDON, Chief Judge:**

 Upon motion of the United States of America (Doc. 69), pursuant to Rule 41(a)(2), FEDERAL RULES OF CIVIL PROCEDURE, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

**IT IS SO ORDERED**.

Signed this 12th day of August, 2013.

            David R. Herndon
            2013.08.12
            18:50:42
            -05'00'

            **Chief Judge**
            **U.S. District Court**