IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:10-CR-30175-DWD |
| ) | |
| JEFFREY ANDERSON, ) | |
| ) | |
| Defendant, ) | |
| ------------------------------------------------------- ) | |
| FIRST COMMUNITY CREDIT UNION, ) | |
| ) | |
| Garnishee. ) | |

## GARNISHEE ORDER

**DUGAN, District Judge:**

A Writ of Continuing Garnishment (Doc. 108), directed to Garnishee First Community Credit Union, has been duly issued and served. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 15, 2024 (Doc. 109), stating that at the time of the service of the Writ it had in its custody, possession, or control personal property belonging and due to Defendant.

On August 13, 2024, Defendant was served with the notice of the writ of garnishment and notified of his right to a hearing. (Doc. 110). He has not requested a hearing to determine exempt property.

Accordingly, the Court **ORDERS** that Garnishee pay $12,364.06 to Plaintiff, and to continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

1

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois, 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**SO ORDERED.**

Dated: September 24, 2024

_____
DAVID W. DUGAN
United States District Judge